UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:15-CR-221 |
| v. | ) | |
| | ) | **INDICTMENT SUMMARY** |
| (1) WALTER EUGENE LITTERAL | ) | |
| | ) | |

| COUNTS | CHARGE | MAXIMUM PENALTIES (No Minimums) |
|---|---|---|
| ONE | 18 U.S.C. § 371 (Conspiracy) | 5 years imprisonment; $250,000 fine, 3 years supervised release |
| TWO | 18 U.S.C. § 922(a)(6); 924(a)(2) (False statement during the attempted purchase of a firearm) | 10 years imprisonment, $250,000 fine, 3 years supervised release |
| THREE | 18 U.S.C. §§ 2, 922(g), 924(a)(2) (Aiding and abetting the possession of ammunition by a prohibited person) | 10 years imprisonment, $250,000 fine, 3 years supervised release |
| FOUR | 18 U.S.C. § 2 and 26 U.S.C. §§ 5861(f), 5871 (Aiding and abetting the making a firearm in violation of the NFA). | 10 years imprisonment, $10,000 fine, 3 years supervised release |
| FIVE | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) (Conspiracy to distribute and possess Schedule II controlled substances) | 20 years imprisonment, $1,000,000 fine, 3 years supervised release |
| SIX | 21 U.S.C. § 841(a)(1) and (b)(1)(C). (Illegal distribution and possession with intent to distribute Schedule II controlled substances) | 20 years imprisonment, $1,000,000 fine, 3 years supervised release |